# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136751(102)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KOBEAY QURAN SWAFFORD,
　　　　Defendant-Appellant.

_____

SC: 136751
COA: 268499
Wayne CC: 05-010897-01

　　　　On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing their brief is considered and the time for filing is extended to January 2, 2009.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2009　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk